

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Aaron Tyler Crum, Appellant

No. 06-18-00202-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1826585). Memorandum Opinion delivered by Chief Justice Morriss, and Justice Stevens participating. Concurring Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Aaron Tyler Crum, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 27, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk